USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/3/2026___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

- against -

ZHAN PETROSYANTS, et al.,

Defendants.

**26 CR 122 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

The Court hereby schedules an initial conference in the above-captioned matter on April 10, 2026, at 12:30 PM.

**SO ORDERED.**

Dated:    3 April 2026
          New York, New York

Victor Marrero
U.S.D.J.