UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **Unsealing Order** |
| – v. – | **S2 26 Cr. 122** |
| ZHAN PETROSYANTS,<br>    a/k/a "Johnny,"<br>VLADISLAV STOYANOVSKY,<br>    a/k/a "Vlad,"<br>DMITRIY KHAVKO,<br>    a/k/a "Dima," and<br>EDUARD PAKOYS,<br>    a/k/a "Ed," | |
| Defendants. | |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorneys Cecilia Vogel, Christopher Brumwell, and Eli J. Mark;

It is found that the Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore:

ORDERED that the Indictment in the above-captioned action shall be unsealed and remain unsealed pending further order of the Court.

Dated:    New York, New York
          April 3, 2026

HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK