USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

ZHAN PETROSYANTS, ET AL.

Defendants.

**26 Cr. 122 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Counsel for Defendant Eduard Pakyos, with the consent of counsel for all other Defendants and the Government, requests that the status conference currently scheduled for September 18, 2026 be adjourned. (See Dkt. No. 51.) The conference is hereby adjourned to November 20, 2026 at 2:00 p.m.

Counsel advises that "additional time is necessary to afford parties an adequate opportunity to complete discovery review" and "all defendants," and the Government "consent to the exclusion of time under the Speedy Trial Act until the rescheduled status conference." (Id.)

It is hereby **ORDERED** that time until November 20, 2026, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public in a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated: 17 September 2026
New York, New York

Victor Marrero
U.S.D.J.